UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

APRIL THORN                                                                                    PLAINTIFF

V.                                  No. 3:23-CV-71-LPR-JTR

DOES; JOSEPH HUGHES, MD.,
Chronic Care Physician, McPherson Unit;
and JUDY BIAZA, Head Director of Nurses,
McPherson Unit/Corizon Health Services                                         DEFENDANTS

## ORDER

On June 30, 2023, Plaintiff April Thorn notified the Court that she has been released from incarceration and is currently residing at a private address in Paragould, Arkansas. *Doc. 14*. If Thorn wishes to continue pursuing this lawsuit, she must file an updated *in forma pauperis* motion ("IFP Motion") that reflects her free-world financial status or pay the $402 filing and administrative fee.

IT IS THEREFORE ORDERED THAT:

1.   Thorn's pending IFP Motion (*Doc. 4*), which reflects her prisoner account balance, is DENIED, as moot.

2.   The Clerk is directed to mail Thorn a free-world IFP Motion.

3.   If Thorn wishes to continue pursuing this lawsuit, then within thirty (30) days of this Order—**on or before August 7, 2023**—she must either: (a) file a completed free-world IFP Motion; or (b) pay the $402 filing fee owed for this action.

If she does not comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED, this 6th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE