IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

APRIL THORN                                                                                              PLAINTIFF

v.                                           No. 3:23-CV-00071-LPR-BBM

DOES, et al.                                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge J. Thomas Ray (Doc. 11).  No objections have been filed, and the time to do so has expired.  After a *de novo* review of the PRD and careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's deliberate indifference claims for events that occurred in 2017-2018 are DISMISSED without prejudice for failure to state a claim.  Plaintiff may PROCEED with her Eighth Amendment deliberate indifference to serious medical needs claims against Dr. Hughes for allegedly denying her a brace, physical therapy, and an orthopedic consult during her most recent incarceration in the McPherson Unit.  The Court directs the Clerk to TERMINATE Nurse Biaza and the "Doe" Defendants as parties to this action.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

---

[1] There are two caveats.  First, for the claims barred by the statute of limitations, the Court has not evaluated whether they would pass screening aside from the limitations problem.  There is no reason to do so in light of the clear limitations problem.  Second, as to the claims that are being allowed to proceed, the Court thinks this is a close call (apart from the limitations issue) and might come to the opposite conclusion after an adversarial motion to dismiss if one is filed.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE