IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**APRIL THORN**                                                                                               **PLAINTIFF**

**v.**                                         **No. 3:23-cv-00071-LPR**

**DOES, et al.**                                                                          **DEFENDANTS**

## **ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 29). No objections have been filed, and the time to do so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant Hughes's Motion for Summary Judgment (Doc. 21) is GRANTED. Judgment will be entered for Dr. Hughes on Plaintiff's individual-capacity medical deliberate indifference claims against him.[1] The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of August 2025.

                                                         _____
                                                         LEE P. RUDOFSKY
                                                         UNITED STATES DISTRICT JUDGE

---

[1] Technical edits have been made to the RD concerning the disposition of this case.